No. 87–2078. PANTER ET AL. v. AMERICAN SYNTHETIC RUBBER CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–2081. SPERRAZZA v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–2087. SITKA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–2089. CARLISLE v. COUNTY OF SAN MATEO ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–2090. JAIN v. UNIVERSITY OF TENNESSEE AT MARTIN. C. A. 6th Cir. Certiorari denied.

No. 87–2091. ALLIED VAN LINES INC. v. WILKERSON ET AL. Super. Ct. Pa. Certiorari denied.

No. 87–2092. ANDERSON v. ALABAMA STATE PERSONNEL BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–2097. CARDIN v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 87–2100. LORETTO v. GROUP W CABLE, INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 87–2103. BARREN, AN INCOMPETENT, BY HIS GUARDIAN, BARREN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–2104. LAKE NACIMIENTO RANCH CO. v. COUNTY OF SAN LUIS OBISPO, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 87–2105. LINER ET AL. v. TERREBONNE PARISH SCHOOL BOARD ET AL. Ct. App. La., 1st Cir. Certiorari denied.